KATHERINE M. BASILE (State Bar No. 132518)
katy.basile@novakdruce.com
NOVAK DRUCE + QUIGG LLP
555 Mission Street, 34th Floor
San Francisco, California 94105
Telephone: (415) 814-6161

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| APPLIED MEDICAL RESOURCES CORPORATION, | CASE NUMBER |
|---|---|
| Plaintiff(s), | SACV 11-00129 DOC(SSx) |
| v. | |
| APPLIED SURGICAL THERAPIES, INC., a.k.a. APPLIED MEDICAL PRODUCTS AND SOLUTIONS, INC., | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| March 31, 2011 | /s/ Stephanie R. Wood |
|---|---|
| Date | *Signature of Attorney/Party* |

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*